**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **DEBI PISCITIELLO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 0:11-cv-01625-PAM -JSM |
| | ) | |
| v. | ) | |
| | ) | |
| **NATIONAL CREDIT ADJUSTERS, LLC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

Dated: July 27, 2011

                                                        s/Paul A. Magnuson
                                                        Hon. Paul A. Magnuson
                                                        United States District Judge